UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARCIA A. FRANKLIN,<br><br>              Petitioner,<br><br>    v.<br><br>A. NEIL CLARK,<br><br>              Respondent. | CASE NO. C08-1117-RSM-JPD<br><br>REPORT AND RECOMMENDATION |

On July 24, 2008, petitioner Garcia A. Franklin, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention by the U.S. Immigration and Customs Enforcement ("ICE") at the Northwest Detention Center in Tacoma, Washington. (Dkt. 7). On August 29, 2008, however, respondent filed a Return Memorandum and Motion to Dismiss, indicating that on August 19, 2008, petitioner was released from ICE custody pursuant to an Order of Supervision. (Dkt. 13). Respondent asserts that because petitioner is no longer detained by ICE, his habeas petition should be dismissed as moot. *Id.*

For a federal court to have jurisdiction, "an actual controversy must exist at all stages of the litigation." *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir. 2002). "When a controversy no longer exists, the case is moot." *Id.* Because petitioner is no longer

REPORT AND RECOMMENDATION
PAGE – 1

detained by ICE, the Court finds that petitioner's habeas petition should be dismissed as moot. *See, e.g., Cooney v. Edwards*, 971 F.2d 345, 346 (9th Cir. 1992) (holding that the District Court properly dismissed plaintiff's claims that had become either moot or unripe). Accordingly, I recommend that respondent's motion to dismiss be granted, and that this action be dismissed with prejudice. A proposed Order accompanies this Report and Recommendation.

DATED this 2nd day of September, 2008.

*signature*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE – 2